FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC 16 P 2: 58

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES O. ALFORD, III, VICTOR S. | * | CIVIL ACTION NO.: |
| ALLEN, FRANK CASALE, ROBERT A. | * | |
| CHARLES, HATACIAE D. CLARK, | * | |
| DEMETRIUS DICKERSON, BILL L. | * | |
| FLINT, BARBARA JOHNSON, JARAH | * | |
| GAIL KING, REBEKAH LEE KING | * | |
| WALLEY, JERRY W. LAIRD, CYNTHIA | * | |
| K. LAWRENCE, PENNY S. MACKEY, | * | SECTION: |
| BRIAN P. MATHERNE, RITA A. | * | |
| MISKIMINS, VERONICA E. MOSLEY, | * | 05 - 6627 |
| GLENN W. MUHLHEIM, CHRISTINA | * | |
| NELSON, CAROL J. SCHNEIDER, | * | |
| VICTORIA L. SLATER, SHERRY | * | SECT. T MAG. 3 |
| SUZANN WALDEN, DANIEL R. | * | |
| WILLIAMS, RONALD B. WYATT, | * | MAGISTRATE: |
| HAZEL RANEE KIRKLAND, LINDY L. | * | |
| BLACKWELL, and LAGINA YVETTE | * | |
| WILLIAMS ALLEN | * | |
| | * | |
| VERSUS | * | |
| | * | |
| | * | |
| BIG LOTS STORES, INC. | * | JUDGE: |

## COMPLAINT FOR UNPAID OVERTIME, LIQUIDATED DAMAGES AND ATTORNEY FEES PURSUANT TO THE FAIR LABOR STANDARDS ACT

Plaintiffs bring this action against Defendant, Big Lots Stores, Inc., for the following, to-wit:

## DESCRIPTION OF THE PARTIES

I.

Defendant, BIG LOTS STORES, INC., is a foreign corporation, authorized to do and

1

Fee 250.
✓ Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No._____

doing business within the State of Louisiana and the jurisdiction of this Honorable Court. Defendant operates retail facilities within the U.S. District Court, Eastern District of Louisiana's jurisdiction. This defendant may be served through its registered agent, Corporation Service Company, 320 Somerulos Street, Baton Rouge, LA 70802.

II.

Plaintiffs herein are:

1)     JAMES O. ALFORD, a major individual, domiciled at 10891 N.W. 34th Place, Coral Springs, FL, 33065;

2)     VICTOR S. ALLEN, a major individual, domiciled at 181 Maitland Circle, Welch, WV 24801;

3)     FRANK CASALE, a major individual, domiciled at 440 107th Lane N.W., Coon Rapids, MN 55448;

4)     ROBERT A. CHARLES, a major individual, domiciled at 1717 S. 84th Street, Apt. C39, Tacoma, WA, 98444;

5)     HATACIAE D. CLARK, a major individual, domiciled at 5520 Burrus Lane S.W., Mableton, GA, 30126;

6)     DEMETRIUS DICKERSON, a major individual, domiciled at 708 Killian Street S.E., Apt. 6, Atlanta, GA, 30312;

7)     BILL L. FLINT, a major individual, domiciled at 3202 E. 9th Street, LeHigh Acres, FL, 33972;

8)     BARBARA JOHNSON, a major individual, domiciled at 55 Eagle Ridge, Alexandria, AL 36250;

9) JARAH GAIL KING, a major individual, domiciled at 1521 E. Ridge Avenue, Chattanooga, TN 37412;

10) REBEKAH LEE KING WALLEY, a major individual, domiciled at 1510 Appalachian Drive, Conway, AR 72034;

11) JERRY W. LAIRD, a major individual, domiciled at 8758 Gray Fox Court, Ft. Worth, TX, 76123;

12) CYNTHIA K. LAWRENCE, a major individual, domiciled at 4657 Shalers Drive, Columbus, OH, 43228;

13) PENNY S. MACKEY, a major individual, domiciled at P.O. Box 135, Duke Center, PA 16729;

14) BRIAN P. MATHERNE, a major individual, domiciled at 9238 Paris Avenue, Denham Springs, LA, 70706;

15) RITA A. MISKIMINS, a major individual, domiciled at 3580 Schwartze Avenue, Apt. 3, Cincinnati, OH 45211;

16) VERONICA E. MOSLEY, a major individual, domiciled at 11318 W. Eden McKenzie Drive, Surprise, AZ 85374;

17) GLENN W. MUHLHEIM, a major individual, domiciled at 1804 Forest Drive, Oldsmar, FL 34677;

18) CHRISTINA NELSON, a major individual, domiciled at 1125 Thunder Road, Four Oaks, NC 27524;

19) CAROL J. SCHNEIDER, a major individual, domiciled at W991 Highway Q, St. Cloud, WI 53079;

20)   VICTORIA L. SLATER, a major individual, domiciled at 205 Pennsylvania
       Avenue, Punxsutawney, PA 15767;

21)   SHERRY SUZANN WALDEN, a major individual, domiciled at 187 Williams
       Road, Caledonia, MS 39740;

22)   DANIEL R. WILLIAMS, a major individual, domiciled at 4929 Wakonda Drive,
       Norwalk, IA 50211;

23)   RONALD B. WYATT, a major individual, domiciled at P.O. Box 1058,
       Carencro, LA 70520;

24)   HAZEL RANEE KIRKLAND, a major individual, domiciled at 1128 N.
       Broadway Street, Apt. B-15-B, Ashford, AL 36312;

25)   LINDY L. BLACKWELL, a major individual, domiciled at1700 Dorchester,
       Arlington, TX 76014;

26)   LAGINA YVETTE WILLIAMS ALLEN, a major individual, domiciled at 4604
       Everett Drive, Tyler, TX 75706;

## **JURISDICTION**

### III.

This action is brought pursuant to the Fair Labor Standards Act, 29 U.S.C. §201, et. seq.
for payment of unpaid overtime wages, liquidated damages, attorney fees and costs.

### IV.

This Honorable Court is vested with personal jurisdiction in that defendant is registered
to do business within the State of Louisiana and actually conducts business within the
jurisdiction of this Honorable Court.

4

V.

This civil action arises out of the same cause of action set forth in <u>Johnson, et al v. Big Lots, Inc.</u>, currently pending on this Honorable Court's docket, Civil Action No. 04-3201 "N"(1). Each plaintiff herein received the notice sent as part of the <u>Johnson</u> Case Management Order. However, plaintiffs herein returned their Consent Form postmarked on or after the opt-in deadline set forth in the <u>Johnson</u> suit.  Plaintiffs have requested that defendant consent to the inclusion of their consent forms and claims in the <u>Johnson</u> litigation.  Defendant has refused. Therefore, plaintiffs file the instant proceeding, which should be consolidated with the <u>Johnson</u> civil action.

## **FACTUAL ALLEGATIONS**

VI.

Each and every plaintiff herein has been employed by defendant as an Assistant Store Manager within three (3) years of the date this suit was filed.

VII.

All Big Lots stores are operated under managerial control exercised by its corporate headquarters.  There are no deviations in job duties or descriptions from store to store. Defendant employs a uniform payroll practice and the job duties of Assistant Manager are the same throughout the chain of Big Lots Stores, Inc.

VIII.

Plaintiffs have been required to work in excess of 40 hours per week consistently through the beginning of their respective employment.  The job duties of Assistant Manager require Assistant Managers to spend the majority of their time in physical labor pursuits such as stocking

5

shelves, operating the cash registers, unloading trucks, placing stock in the storeroom,

straightening the merchandise, assisting customers with merchandise handling and cleaning the

bathroom.

### IX.

Plaintiffs' actual managerial duties, if any, were *de minimis* and constituted less than ten

percent of their work day.

### X.

Defendant has, in the past, and currently continues to, misclassify the Assistant Managers

as exempt from the overtime requirements of the Fair Labor Standards Act.  The job duties

performed by the Assistant Managers do not meet any of the exemptions set forth in the Fair

Labor Standards Act.  Therefore, these jobs are, in fact and in law, non-exempt from the

overtime provisions of the FLSA.

### XI.

All plaintiffs herein have been required to work in excess of 40 hours per week, yet were

not paid earned overtime wages, and have been improperly classified as exempt from the FLSA

and are entitled to receive unpaid overtime wages.

### XII.

Defendant is an "employer" within the meaning of the FLSA, 29 U.S.C. §203(d).

Further, defendant is an "enterprise" within the meaning of 29 U.S.C. §203(r).

### XIII.

At all times herein, defendant has been an enterprise engaged in commerce or in the

production of goods for commerce within the meaning of 29 U.S.C. §203(s)(1) and has employed

employees and plaintiffs that are engaged in commerce or in the production of goods for commerce, or employs handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce by any person and in that said enterprise has had an annual gross volume of sales made or business done of not less than $500,000.00.

XIV.

In addition to the misclassification as exempt of the Assistant Manager position, plaintiffs allege that defendant has required them to work "off the clock" by performing certain job duties in anticipation of their hours of employment without compensation.  Defendant is liable for all hours worked, which should be utilized in the calculation of the hours worked per week.

**FLSA VIOLATIONS**

XV.

Defendant violated the FLSA and §206, §207, and §215(a)(2) by employing employees and plaintiffs in an enterprise engaged in commerce in the production of goods, within the meaning of the FLSA, who were required to work in excess of 40 hours per week without compensating these employees at an overtime rate of pay for hours worked in excess of 40 hours per week.  All plaintiffs are entitled to rates of pay not less than one and one half of each individual's regular rate of pay for all hours worked over 40 hours per week.

XVI.

The job of Assistant Manager is not exempt from the FLSA.  Defendant misclassified these employees and plaintiffs as exempt despite the absence of any facts upon which an exemption should apply.

7

XVII.

On information and belief, defendant has previously resolved litigation in the State of California arising out of its payroll practices.  As a result of this litigation, and the claims made therein, Big Lots has reclassified certain of its employees as non-exempt from the FLSA. Despite this prior litigation, defendant knowingly, willfully and/or in reckless disregard carried out and continues to carry out its corporate policy and practice of misclassifying Assistant Managers as exempt from the FLSA.  Plaintiffs are entitled to not only overtime wages under the FLSA, but liquidated damages, attorney fees and costs in addition thereto.

XVIII.

Plaintiffs attach hereto their respective Consent Forms.

WHEREFORE, plaintiff prays that there be judgment herein in favor of plaintiffs and against defendant as follows:

1)      For judgment finding that plaintiffs are entitled to overtime pay at a rate not less than one and one-half times their regular rate of pay;

2)      For an award of liquidated damages, attorney fees and costs, all as allowed by the FLSA; and

3)      For all general and equitable relief.

Respectfully submitted:

McCRANIE, SISTRUNK, ANZELMO, HARDY,
  MAXWELL & McDANIEL, P.C.
Michael T. Tusa, Jr. (Bar Roll No.: 02154)
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana 70002
Telephone: 504/846-8427

    -and-

BOHRER LAW FIRM, L.L.C.
8712 Jefferson Highway
Suite B
Baton Rouge, Louisiana 70809
Telephone: 225/925-5297

By:_____
    Philip Bohrer
    Bar Roll No.: 14089

NOV 16 2005 15:59 FR COCONUT CREEK 9549710198 TO 15073334330 P.01/01

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHNSONOPTIN   00001040

| | | |
|---|---|---|
| JOHN JOHNSON and ROBERT CHARLES BURDEN | § | |
| | § | |
| Plaintiffs, | § | CIVIL ACTION NO.: 04-3201 |
| | § | |
| v. | § | |
| | § | |
| BIG LOTS STORES, INC. | § | |
| | § | |
| Defendant | § | SECTION: "R" (1) |

## CONSENT TO BECOME A PARTY PLAINTIFF

I, the undersigned, a current or former assistant store manager and/or assistant manager employed by Big Lots hereby consent to be a party plaintiff in the above-captioned lawsuit, which is an action to recover unpaid overtime compensation. By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, attorney's fees and costs and all other matters pertaining to this lawsuit.

**Please print or type the following information:**

Date: 11, 10, 2005

Sign here ➤ *[signature]*
Signature

Address: 10891 NW 34th pl

Telephone Number: 954, 344.6211

Approximate Monthly Salary: $ 2800

Full Name: JAMES O. ALFORD III

City/State/Zip: CORAL SPRINGS FLA. 33065

Email Address: JOA0912@YAHOO.COM

Dates of Employment:

From: 05, 13, 1996

To: ___/___/_____

**RETURN THIS FORM BY MAIL OR FAX TO:**

Johnson v. Big Lots Administrator
c/o Rust Consulting, Inc.
P.O. Box 1279
Minneapolis, MN 55440-1279

Facsimile: (507) 333-4330

RECEIVED NOV 1 6 2005

** TOTAL PAGE.01 **

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
|||||||||||||||||||||||||||
JOHNSONOPTIN  00001068
```

JOHN JOHNSON and ROBERT CHARLES BURDEN

§
§

Plaintiffs,

§
§

v.

§       CIVIL ACTION NO.:  04-3201
§

BIG LOTS STORES, INC.

§
§
§

Defendant

§       SECTION:   "R" (1)

## CONSENT TO BECOME A PARTY PLAINTIFF

I, the undersigned, a current or former assistant store manager and/or assistant manager employed by Big Lots hereby consent to be a party plaintiff in the above-captioned lawsuit, which is an action to recover unpaid overtime compensation.  By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, attorney's fees and costs and all other matters pertaining to this lawsuit.

**Please print or type the following information:**

Date: 10 / 10 / 2005

Sign here ➡ Signature

Full Name: Victor S. Allen

Address: 181 Maitland Circle

City/State/Zip: Welch WV 24801

Telephone Number: (304) 436-2842

Email Address: vsallen@citlink.net

Approximate Monthly Salary: $ 2430.00

Dates of Employment:

From: 03 / 02 / 1992

To: ___ / ___ / ___
Currently employed

### RETURN THIS FORM  BY MAIL OR FAX TO:

Johnson v. Big Lots Administrator
c/o Rust Consulting, Inc.
P.O. Box 1279
Minneapolis, MN 55440-1279

Facsimile:  (507) 333-4330

RECEIVED NOV 2 5 2005



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHNSONOPTIN  00001055

JOHN JOHNSON and ROBERT CHARLES BURDEN

§
§
Plaintiffs, §
§
v. §                    CIVIL ACTION NO.:  04-3201
§
BIG LOTS STORES, INC. §
§
§
Defendant §                    SECTION:   "R" (1)

## CONSENT TO BECOME A PARTY PLAINTIFF

I, the undersigned, a current or former assistant store manager and/or assistant manager employed by Big Lots hereby consent to be a party plaintiff in the above-captioned lawsuit, which is an action to recover unpaid overtime compensation.  By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, attorney's fees and costs and all other matters pertaining to this lawsuit.

**Please print or type the following information:**

10 / 13 / 2005
**Date**

Sign here ➜ *Frank Casale*
**Signature**

FRANK D. CASALE
**Full Name**

440  107th LANE NW
**Address**

COON RAPIDS, MN 55448
**City/State/Zip**

(763) 755-6683
**Telephone Number**

FRANKCasale@USFamily.Net
**Email Address**

$ 35,000
**Approximate Monthly Salary**

**Dates of Employment:**

**From:** 06 / 16 / 2002

**To:** ___ / ___ / _____

---

RETURN THIS FORM  BY MAIL OR FAX TO:

Johnson v. Big Lots Administrator
c/o Rust Consulting, Inc.
P.O. Box 1279
Minneapolis, MN 55440-1279

Facsimile:  (507) 333-4330

RECEIVED NOV 1 8 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



JOHNSONOPTIN  00001063

JOHN JOHNSON and ROBERT CHARLES BURDEN          §
                                                §
             Plaintiffs,                        §
                                                §
   v.                                           §       CIVIL ACTION NO.: 04-3201
                                                §
BIG LOTS STORES, INC.                           §
                                                §
             Defendant                          §       SECTION:   "R" (1)

## CONSENT TO BECOME A PARTY PLAINTIFF

I, the undersigned, a current or former assistant store manager and/or assistant manager employed by Big Lots hereby consent to be a party plaintiff in the above-captioned lawsuit, which is an action to recover unpaid overtime compensation.  By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, attorney's fees and costs and all other matters pertaining to this lawsuit.

**Please print or type the following information:**

_10 | 25 | 2005_
Date

Sign here ➜ _Robert A Charles_          _Robert Anthony Charles_
                                        Full Name

_1717 S. 84th Apt. C-39_          _TACOMA WA. 98444_
Address                           City/State/Zip

_(253) 536-6411_          _XAVVIONXAMARI@Yahoo.com_
Telephone Number          Email Address

$_1990 00_
Approximate Monthly Salary

                          Dates of Employment:

                          From: _08 | 05 | 2002_
                          To:   _Present_

### RETURN THIS FORM BY MAIL OR FAX TO:

Johnson v. Big Lots Administrator
c/o Rust Consulting, Inc.
P.O. Box 1279
Minneapolis, MN 55440-1279

Facsimile:  (507) 333-4330

**RECEIVED NOV 2 1 2005**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



JOHNSONOPT1N 00001073

JOHN JOHNSON and ROBERT CHARLES BURDEN

Plaintiffs,

v.

BIG LOTS STORES, INC.

Defendant

§
§
§
§
§   CIVIL ACTION NO.: 04-3201
§
§
§
§
§   SECTION:   "R" (I)

## CONSENT TO BECOME A PARTY PLAINTIFF

I, the undersigned, a current or former assistant store manager and/or assistant manager employed by Big Lots hereby consent to be a party plaintiff in the above-captioned lawsuit, which is an action to recover unpaid overtime compensation. By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, attorney's fees and costs and all other matters pertaining to this lawsuit.

**Please print or type the following information:**

11/28/2005
Date

Sign here ➔ _Hataciae Deann Clark_     Hataciae Deann Clark.
Signature                                Full Name

5520 Burrus Lane $w          Mableton, Ga 30126
Address                       City/State/Zip

(770) 948-1464
Telephone Number              Email Address

$ 89,500.00                   Dates of Employment:
Approximate Monthly Salary
                              From: 02/18/2004
                                    Now
                              To: ___/___/_____

### RETURN THIS FORM  BY MAIL OR FAX TO:

Johnson v. Big Lots Administrator
c/o Rust Consulting, Inc.
P.O. Box 1279
Minneapolis, MN 55440-1279

Facsimile:  (507) 333-4330

Page 3

RECEIVED DEC 0 2 2005

11-15-05   23:14   From-                                                     +18882226932          T-194   P 002/002   F-284

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHNSONOPTIN   00001030

JOHN JOHNSON and ROBERT CHARLES BURDEN    §
                                          §
        Plaintiffs,                       §
                                          §
    v.                                    §        CIVIL ACTION NO.: 04-3201
                                          §
BIG LOTS STORES, INC.                     §
                                          §
        Defendant                         §        SECTION:  "R" (1)

## CONSENT TO BECOME A PARTY PLAINTIFF

I, the undersigned, a current or former assistant store manager and/or assistant manager employed by Big Lots hereby consent to be a party plaintiff in the above-captioned lawsuit, which is an action to recover unpaid overtime compensation. By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, attorney's fees and costs and all other matters pertaining to this lawsuit.

Please print or type the following information:

**11/13/2005**
Date

Sign here → *Demetrius Dickerson*          *Demetrius Dickerson*
Signature                                  Full Name

**708 Killian St Ap 6**                    **Atlanta, Ga 30312**
Address                                     City/State/Zip

**(404) 622-4210**                          **DDick369@Bellsouth.net**
Telephone Number                            Email Address

**$ 1629.00**                               Dates of Employment:
Approximate Monthly Salary
                                           From: **04/09/1991**

                                           To: **11/13/2005**

RETURN THIS FORM BY MAIL OR FAX TO:

Johnson v. Big Lots Administrator
c/o Rust Consulting, Inc.
P.O. Box 1279
Minneapolis, MN 55440-1279

Facsimile:  (507) 333-4330

RECEIVED NOV 1 4 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



JOHNSONOPTIN  00001066

JOHN JOHNSON and ROBERT CHARLES BURDEN                §
                                                      §
                    Plaintiffs,                       §
                                                      §
          v.                                          §        CIVIL ACTION NO.: 04-3201
                                                      §
BIG LOTS STORES, INC.                                 §
                                                      §
                    Defendant                         §        SECTION:   "R" (1)

### CONSENT TO BECOME A PARTY PLAINTIFF

I, the undersigned, a current or former assistant store manager and/or assistant manager employed by Big Lots hereby consent to be a party plaintiff in the above-captioned lawsuit, which is an action to recover unpaid overtime compensation. By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, attorney's fees and costs and all other matters pertaining to this lawsuit.

Please print or type the following information:

_11 / 12 / 2005_
**Date**

Sign here ➜ _Bill Lee Flint_
          **Signature**

_Bill Lee Flint_
**Full Name**

_3202 E 9th St_
**Address**

_Lehigh Acres, Fla 33972_
**City/State/Zip**

_(239) 368-6877_
**Telephone Number**

_____
**Email Address**

$ _1400_
**Approximate Monthly Salary**

**Dates of Employment:**

From: _04 / __ / 2005_

To: _Present_

### RETURN THIS FORM BY MAIL OR FAX TO:

Johnson v. Big Lots Administrator
c/o Rust Consulting, Inc.
P.O. Box 1279
Minneapolis, MN 55440-1279

Facsimile: (507) 333-4330

RECEIVED NOV 2 3 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN JOHNSON and ROBERT CHARLES BURDEN

    Plaintiffs,

    v.

BIG LOTS STORES, INC.

    Defendant

§
§
§
§
§
§
§
§
§

JOHNSONOPTIN   00001065

CIVIL ACTION NO.: 04-3201

SECTION: "R" (1)

## CONSENT TO BECOME A PARTY PLAINTIFF

I, the undersigned, a current or former assistant store manager and/or assistant manager employed by Big Lots hereby consent to be a party plaintiff in the above-captioned lawsuit, which is an action to recover unpaid overtime compensation. By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, attorney's fees and costs and all other matters pertaining to this lawsuit.

**Please print or type the following information:**

11 / 01 / 2005
**Date**

Sign here ➔ *Barbara L. Johnson*
**Signature**

*Barbara Lynn Johnson*
**Full Name**

113 A Western Ave.
**Address**

Sylacauga, AL 35150
**City/State/Zip**

(256) 282-5117
**Telephone Number**

**Email Address**

$ 3,000.00 -
**Approximate Monthly Salary**

**Dates of Employment:**

**From:** 06 / 09 / 2003

**To:** ___ / ___ / _____
*presently employed*

RETURN THIS FORM BY MAIL OR FAX TO:

Johnson v. Big Lots Administrator
c/o Rust Consulting, Inc.
P.O. Box 1279
Minneapolis, MN 55440-1279

Facsimile: (507) 333-4330

RECEIVED NOV 2 3 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN JOHNSON and ROBERT CHARLES BURDEN §
§
Plaintiffs, §
§
v. § CIVIL ACTION NO.: 04-3201
§
BIG LOTS STORES, INC. §
§
Defendant § SECTION: "R" (1)

JOHNSONOPTIN   00001021

## CONSENT TO BECOME A PARTY PLAINTIFF

I, the undersigned, a current or former assistant store manager and/or assistant manager employed by Big Lots hereby consent to be a party plaintiff in the above-captioned lawsuit, which is an action to recover unpaid overtime compensation. By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, attorney's fees and costs and all other matters pertaining to this lawsuit.

Please print or type the following information:

1 / 1 4 / 2 0 0 5
**Date**

Sign here ➡ _Sarah Gail King_
**Signature**

JARAH GAIC KING
**Full Name**

1521 EAST Ridge Ave.
**Address**

Chattanooga, TN. 37412
**City/State/Zip**

(423) 653-8731
**Telephone Number**

**Email Address**

$ 2,140.00
**Approximate Monthly Salary**

**Dates of Employment:**

From: 0 1 / 0 6 / 2 0 0 3

To: 0 1 / 1 4 / 2 0 0 5

### RETURN THIS FORM  BY MAIL OR FAX TO:

Johnson v. Big Lots Administrator
c/o Rust Consulting, Inc.
P.O. Box 1279
Minneapolis, MN 55440-1279

Facsimile: (507) 333-4330

RECEIVED NOV 1 5 2005



**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

JOHN JOHNSON and ROBERT CHARLES BURDEN            §
                                                  §
          Plaintiffs,                             §
                                                  §
     v.                                           §     CIVIL ACTION NO.: 04-3201
                                                  §
BIG LOTS STORES, INC.                             §
                                                  §
          Defendant                               §     SECTION:   "R" (1)

### CONSENT TO BECOME A PARTY PLAINTIFF

I, the undersigned, a current or former assistant store manager and/or assistant manager employed by Big Lots hereby consent to be a party plaintiff in the above-captioned lawsuit, which is an action to recover unpaid overtime compensation.  By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, attorney's fees and costs and all other matters pertaining to this lawsuit.

**Please print or type the following information:**

09/25/2005
Date

Sign here → *Rebekah L King Walley*
Signature

*Rebekah Lee King Walley*
Full Name

1510 Appalachian Dr.
Address

Conway, Ar. 72034
City/State/Zip

(501) 505.8322
Telephone Number

dlj@conwaycorp.net
Email Address

$ 2250.00
Approximate Monthly Salary

Dates of Employment:

From: 09/04/2000

Approximate To: 11/13/2004
Dates of Employment

**RETURN THIS FORM  BY MAIL OR FAX TO:**

Johnson v. Big Lots Administrator
c/o Rust Consulting, Inc.
P.O. Box 1279
Minneapolis, MN 55440-1279

Facsimile:  (507) 333-4330

RECEIVED DEC 0 6 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



JOHNSONOPTIN   00001060

JOHN JOHNSON and ROBERT CHARLES BURDEN §
§
Plaintiffs, §
§
v. §
§
BIG LOTS STORES, INC. §
§
Defendant §
§

CIVIL ACTION NO.: 04-3201

SECTION:   "R" (1)

## CONSENT TO BECOME A PARTY PLAINTIFF

I, the undersigned, a current or former assistant store manager and/or assistant manager employed by Big Lots hereby consent to be a party plaintiff in the above-captioned lawsuit, which is an action to recover unpaid overtime compensation. By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, attorney's fees and costs and all other matters pertaining to this lawsuit.

Please print or type the following information:

Date: 11/13/2005

Sign here ➡ Signature: _Jerry_

Full Name: Jerry Wayne Laird

Address: 8758 Gray Fox CT

City/State/Zip: Fort Worth, TX 76123

Telephone Number: (817) 263-8085

Email Address: jbird5584@aol.com

$ Approximate Monthly Salary: 2704

Dates of Employment:

From: 06/12/2000

To: Priesient

### RETURN THIS FORM BY MAIL OR FAX TO:

Johnson v. Big Lots Administrator
c/o Rust Consulting, Inc.
P.O. Box 1279
Minneapolis, MN 55440-1279

Facsimile: (507) 333-4330

Page 3

RECEIVED NOV 1 8 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



JOHNSONOPTIN 00001070

JOHN JOHNSON and ROBERT CHARLES BURDEN §
§
Plaintiffs, §
§
v. § CIVIL ACTION NO.: 04-3201
§
BIG LOTS STORES, INC. §
§
Defendant § SECTION: "R" (1)

## CONSENT TO BECOME A PARTY PLAINTIFF

I, the undersigned, a current or former assistant store manager and/or assistant manager employed by Big Lots hereby consent to be a party plaintiff in the above-captioned lawsuit, which is an action to recover unpaid overtime compensation. By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, attorney's fees and costs and all other matters pertaining to this lawsuit.

Please print or type the following information:

Date: _11 28 12 005_

Sign here ➡ Signature: _Cynthia K Lawrence_

Full Name: _CYNTHIA K LAWRENCE_

Address: _4657 SHALER DR_

City/State/Zip: _COLUMBUS OHIO 43228_

Telephone Number: _(614) 851.4112_

Email Address: _ANGEL221964@YAHOO.com_

Approximate Monthly Salary: _$2600.00 GROSS_

Dates of Employment:

From: _101__/1991_

To: _11/26/2005_

RETURN THIS FORM BY MAIL OR FAX TO:

Johnson v. Big Lots Administrator
c/o Rust Consulting, Inc.
P.O. Box 1279
Minneapolis, MN 55440-1279

Facsimile: (507) 333-4330

RECEIVED NOV 2 9 2005

TOTAL P.01

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN JOHNSON and ROBERT CHARLES BURDEN §
§
Plaintiffs, §
§
v. §
§
BIG LOTS STORES, INC. §
§
Defendant §
§

JOHNSONOPTIN   00001022

CIVIL ACTION NO.: 04-3201

SECTION: "R" (1)

## CONSENT TO BECOME A PARTY PLAINTIFF

I, the undersigned, a current or former assistant store manager and/or assistant manager employed by Big Lots hereby consent to be a party plaintiff in the above-captioned lawsuit, which is an action to recover unpaid overtime compensation. By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, attorney's fees and costs and all other matters pertaining to this lawsuit.

Please print or type the following information:

**11/14/2005**
Date

Sign here → **Penny Mackey**
Signature

**Penny S. Mackey**
Full Name

**P.O. Box 135**
Address

**Duke Center, Pa 16729**
City/State/Zip

**(814) 966-3270**
Telephone Number

**becauseimthemom_2@yahoo.com**
Email Address

**$ 1300**
Approximate Monthly Salary

Dates of Employment:

From: **04/06/1996**

To: **12/14/2005**

RETURN THIS FORM BY MAIL OR FAX TO:

Johnson v. Big Lots Administrator
c/o Rust Consulting, Inc.
P.O. Box 1279
Minneapolis, MN 55440-1279

Facsimile: (507) 333-4330

RECEIVED NOV 1 5 2005

Page 3



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHNSONOPTIN  00001072

JOHN JOHNSON and ROBERT CHARLES BURDEN §
§
Plaintiffs, §
§
v. §        CIVIL ACTION NO.: 04-3201
§
BIG LOTS STORES, INC. §
§
§
Defendant §        SECTION:   "R" (1)

### CONSENT TO BECOME A PARTY PLAINTIFF

I, the undersigned, a current or former assistant store manager and/or assistant manager employed by Big Lots hereby consent to be a party plaintiff in the above-captioned lawsuit, which is an action to recover unpaid overtime compensation.  By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, attorney's fees and costs and all other matters pertaining to this lawsuit.

**Please print or type the following information:**

11, 01, 2005
**Date**

Sign here ➔ _(signature)_
**Signature**

BRIAN MATHERNE
**Full Name**

9238 PARIS AVE.
**Address**

DENHAM SPRINGS, LA. 70706
**City/State/Zip**

(225) 664. 0086
**Telephone Number**

ARENABALLFAN@YAHOO.COM
**Email Address**

$ 2200
**Approximate Monthly Salary**

**Dates of Employment:**

From: 04, 20, 2003

To: 12, 31, 2003

### RETURN THIS FORM  BY MAIL OR FAX TO:

Johnson v. Big Lots Administrator
c/o Rust Consulting, Inc.
P.O. Box 1279
Minneapolis, MN 55440-1279

Facsimile:  (507) 333-4330

RECEIVED DEC 0 2 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



JOHNSONOPTIN  00001071

JOHN JOHNSON and ROBERT CHARLES BURDEN    §
    §
Plaintiffs,    §
    §
v.    §   CIVIL ACTION NO.: 04-3201
    §
BIG LOTS STORES, INC.    §
    §
Defendant    §   SECTION: "R" (1)

### CONSENT TO BECOME A PARTY PLAINTIFF

I, the undersigned, a current or former assistant store manager and/or assistant manager employed by Big Lots hereby consent to be a party plaintiff in the above-captioned lawsuit, which is an action to recover unpaid overtime compensation. By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, attorney's fees and costs and all other matters pertaining to this lawsuit.

**Please print or type the following information:**

Date: 09/27/2005

Sign here ➡ Signature: _Rita Meskimins_

Full Name: _Rita Ann Meskimins_

Address: 3580 Schwartze #3

City/State/Zip: Cincinnati, Ohio 45211

Telephone Number: (573) 662-3582

Email Address: _____

Approximate Monthly Salary: $ 1124.00

Dates of Employment:

From: 02/01/2000

To: 12/18/2002

RETURN THIS FORM BY MAIL OR FAX TO:

Johnson v. Big Lots Administrator
c/o Rust Consulting, Inc.
P.O. Box 1279
Minneapolis, MN 55440-1279

Facsimile: (507) 333-4330

RECEIVED NOV 3 0 2005

BIG LOTS STORES, INC.                            §
                                                 §
        Defendant                                §
                                                 §        SECTION:   "R" (1)      JOHNSONOPTIN  00001048
                                                 §

### CONSENT TO BECOME A PARTY PLAINTIFF

I, the undersigned, a current or former assistant store manager and/or assistant manager employed by Big Lots hereby consent to be a party plaintiff in the above-captioned lawsuit, which is an action to recover unpaid overtime compensation.  By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, attorney's fees and costs and all other matters pertaining to this lawsuit.

Please print or type the following information:

_11 / 11 / 2005_
Date

Sign here ➡ _Veronica E. Morley_          _Veronica Elizabeth_
           Signature                       Full Name

_11319 W. Eden McKenzine Dr_               _Surprise, Az_
Address                                     City/State/Zip

_(623) 594-6557_                           _____
Telephone Number                           Email Address

$ _28,000.-_                                Dates of Employment:
Approximate Monthly Salary
                                           From: _1 / 1 / 1999_

                                           To: _09 / 04 / 2003_

### RETURN THIS FORM  BY MAIL OR FAX TO:

Johnson v. Big Lots Administrator
c/o Rust Consulting, Inc.
P.O. Box 1279
Minneapolis, MN 55440-1279

Facsimile:  (507) 333-4330

Page 3

RECEIVED NOV 1 7 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



JOHNSONOPTIN   00001061

JOHN JOHNSON and ROBERT CHARLES BURDEN §
§
Plaintiffs, §
§
v. §   CIVIL ACTION NO.: 04-3201
§
BIG LOTS STORES, INC. §
§
Defendant §
§   SECTION:   "R" (1)

## CONSENT TO BECOME A PARTY PLAINTIFF

I, the undersigned, a current or former assistant store manager and/or assistant manager employed by Big Lots hereby consent to be a party plaintiff in the above-captioned lawsuit, which is an action to recover unpaid overtime compensation.  By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, attorney's fees and costs and all other matters pertaining to this lawsuit.

**Please print or type the following information:**

Date: 11/13/2005

Sign here ➜ _____
Signature

Full Name: GLENN WATERS MUHLHEIM

Address: 1804 FOREST DR.

City/State/Zip: TAMPA FL 34677

Telephone Number: (727) 644.0422

Email Address: _____

Approximate Monthly Salary: $ 3000

Dates of Employment:

From: 11/14/2004

To: _____/_____/_____ PRESENT.

### RETURN THIS FORM  BY MAIL OR FAX TO:

Johnson v. Big Lots Administrator
c/o Rust Consulting, Inc.
P.O. Box 1279
Minneapolis, MN 55440-1279

Facsimile:  (507) 333-4330

RECEIVED NOV 1 8 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



JOHNSONOPTIN 00001057

JOHN JOHNSON and ROBERT CHARLES BURDEN   §
              §
       Plaintiffs,        §
              §
    v.              §   CIVIL ACTION NO.:  04-3201
              §
BIG LOTS STORES, INC.       §
              §
       Defendant      §   SECTION:  "R" (1)

## CONSENT TO BECOME A PARTY PLAINTIFF

I, the undersigned, a current or former assistant store manager and/or assistant manager employed by Big Lots hereby consent to be a party plaintiff in the above-captioned lawsuit, which is an action to recover unpaid overtime compensation. By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, attorney's fees and costs and all other matters pertaining to this lawsuit.

**Please print or type the following information:**

1 1 / 1 2 / 2 0 0 5
**Date**

Sign here ➔ _____
**Signature**

Christina S. Nelson
**Full Name**

1125 Thunder Rd
**Address**

Four Oaks, NC 27524
**City/State/Zip**

(919) 368-6044
**Telephone Number**

leeleesgrandma@yahoo.com
**Email Address**

$ 2000.00
**Approximate Monthly Salary**

**Dates of Employment:**

From: 0 4 / _ / 2 0 0 3

To: _ 0 / 1 6 / 2 0 0 5

### RETURN THIS FORM  BY MAIL OR FAX TO:

Johnson v. Big Lots Administrator
c/o Rust Consulting, Inc.
P.O. Box 1279
Minneapolis, MN 55440-1279

Facsimile:  (507) 333-4330

RECEIVED NOV 1 8 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



JOHNSONOPTIN 00001069

JOHN JOHNSON and ROBERT CHARLES BURDEN

    Plaintiffs,

v.

BIG LOTS STORES, INC.

    Defendant

§
§
§
§
§
§
§
§

CIVIL ACTION NO.: 04-3201

SECTION: "R" (1)

## CONSENT TO BECOME A PARTY PLAINTIFF

I, the undersigned, a current or former assistant store manager and/or assistant manager employed by Big Lots hereby consent to be a party plaintiff in the above-captioned lawsuit, which is an action to recover unpaid overtime compensation. By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, attorney's fees and costs and all other matters pertaining to this lawsuit.

**Please print or type the following information:**

Date: *1 1 / 1 0 / 2 0 0 5*

Sign here → Signature: *Carol Schneider*

Full Name: *Carol Jane Schneider*

Address: *W991 Hary Q St Cloud, WI 53079*

City/State/Zip: *St Cloud, WI 53079*

Telephone Number: *(920) 898-5931*

Email Address: _____

Approximate Monthly Salary: *$ 2000⁰⁰*

Dates of Employment:

From: *0 7 / 0 9 / 2 0 0 0*

To: *1 1 / 0 3 / 2 0 0 4*

### RETURN THIS FORM BY MAIL OR FAX TO:

Johnson v. Big Lots Administrator
c/o Rust Consulting, Inc.
P.O. Box 1279
Minneapolis, MN 55440-1279

Facsimile: (507) 333-4330

Page 3

RECEIVED NOV 2 8 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



JOHNSONOPTIN  00001054

JOHN JOHNSON and ROBERT CHARLES BURDEN § § §

      Plaintiffs,

      v.

BIG LOTS STORES, INC.

      Defendant

§ § § § § § § §

CIVIL ACTION NO.: 04-3201

SECTION: "R" (1)

### CONSENT TO BECOME A PARTY PLAINTIFF

I, the undersigned, a current or former assistant store manager and/or assistant manager employed by Big Lots hereby consent to be a party plaintiff in the above-captioned lawsuit, which is an action to recover unpaid overtime compensation. By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, attorney's fees and costs and all other matters pertaining to this lawsuit.

**Please print or type the following information:**

| | |
|---|---|
| _11_, _13_, _2005_ <br> **Date** | |
| Sign here → _Victoria L. Slater_ <br> **Signature** | _Victoria L. Slater_ <br> **Full Name** |
| _205 Pennsylvania Ave_ <br> **Address** | _Punxsutawney Pa 15767_ <br> **City/State/Zip** |
| _(814) 938-6346_ <br> **Telephone Number** | |
| $ _57,000 2850_ <br> **Approximate Monthly Salary** | _____ <br> **Email Address** |
| | **Dates of Employment:** |
| | From: _04, 23, 2003_ |
| | To: _present_ _____ |

**RETURN THIS FORM BY MAIL OR FAX TO:**

Johnson v. Big Lots Administrator
c/o Rust Consulting, Inc.
P.O. Box 1279
Minneapolis, MN 55440-1279

Facsimile: (507) 333-4330

**RECEIVED** NOV 1 8 2005



JOHNSONOPTIN   00001075

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

JOHN JOHNSON and ROBERT CHARLES BURDEN §
§
   Plaintiffs, §
§
v. §  CIVIL ACTION NO.: 04-3201
§
BIG LOTS STORES, INC. §
§
   Defendant §  SECTION: "R" (1)

### CONSENT TO BECOME A PARTY PLAINTIFF

I, the undersigned, a current or former assistant store manager and/or assistant manager employed by Big Lots hereby consent to be a party plaintiff in the above-captioned lawsuit, which is an action to recover unpaid overtime compensation. By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, attorney's fees and costs and all other matters pertaining to this lawsuit.

**Please print or type the following information:**

11/27/2005
Date

Sign here ➡ *Sherry Walden*
Signature

187 Williams Rd
Address

(662) 356-6100
Telephone Number

$2000.00
Approximate Monthly Salary

Sherry Suzann Walden
Full Name

Caledonia MS. 39740
City/State/Zip

Waldenthomas@Bellsouth.net
Email Address

Dates of Employment:

From: 02/__/1999

To: 10/30/2003

### RETURN THIS FORM BY MAIL OR FAX TO:

Johnson v. Big Lots Administrator
c/o Rust Consulting, Inc.
P.O. Box 1279
Minneapolis, MN 55440-1279

Facsimile: (507) 333-4330

RECEIVED DEC 0 6 2005

NOV-15-2005 06:28 AM                                                          P.01

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHNSONOPTIN 00001023

JOHN JOHNSON and ROBERT CHARLES BURDEN      §
                                            §
            Plaintiffs,                      §
                                            §         CIVIL ACTION NO.: 04-3201
     v.                                     §
                                            §
BIG LOTS STORES, INC.                       §
                                            §
            Defendant                        §         SECTION:  "R" (1)

## CONSENT TO BECOME A PARTY PLAINTIFF

I, the undersigned, a current or former assistant store manager and/or assistant manager employed by Big Lots hereby consent to be a party plaintiff in the above-captioned lawsuit, which is an action to recover unpaid overtime compensation. By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, attorney's fees and costs and all other matters pertaining to this lawsuit.

**Please print or type the following information:**

1 1 / 1 5 / 2 0 0 5
Date

Sign here ➜ _____
Signature

4929 Wakonda Dr.
Address

(515) 256-0474
Telephone Number

$   3160
Approximate Monthly Salary

Daniel R. Williams
Full Name

Norwalk IA 50211
City/State/Zip

DRWMLW@MSN.com
Email Address

Dates of Employment:

From: 1 0 / 2 0 / 2 0 0 2

To:  0 1 / 2 5 / 2 0 0 3

### RETURN THIS FORM  BY MAIL OR FAX TO:

Johnson v. Big Lots Administrator
c/o Rust Consulting, Inc.
P.O. Box 1279
Minneapolis, MN 55440-1279

Facsimile: (507) 333-4330

RECEIVED NOV 1 5 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHNSONOPTIN   00001064

JOHN JOHNSON and ROBERT CHARLES BURDEN   §
                                          §
            Plaintiffs,                    §
                                          §
    v.                                     §   CIVIL ACTION NO.:  04-3201
                                          §
BIG LOTS STORES, INC.                      §
                                          §
            Defendant                      §   SECTION:   "R" (I)
                                          §

### CONSENT TO BECOME A PARTY PLAINTIFF

I, the undersigned, a current or former assistant store manager and/or assistant manager employed by Big Lots hereby consent to be a party plaintiff in the above-captioned lawsuit, which is an action to recover unpaid overtime compensation.  By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, attorney's fees and costs and all other matters pertaining to this lawsuit.

Please print or type the following information:

_11 / 5 / 2005_
**Date**

Sign here ➜ _Ronald Wyatt_
**Signature**

_Ronald B. Wyatt_
**Full Name**

_PO Box 1058_
**Address**

_Careero LA 70520_
**City/State/Zip**

_( 337 ) 896  9077_
**Telephone Number**

**Email Address**

$ _1000.00_
**Approximate Monthly Salary**

Dates of Employment:   ?

From: ___ / ___ / _____

To:    ___ / ___ / _____

### RETURN THIS FORM  BY MAIL OR FAX TO:

Johnson v. Big Lots Administrator
c/o Rust Consulting, Inc.
P.O. Box 1279
Minneapolis, MN 55440-1279

Facsimile:  (507) 333-4330

**RECEIVED** NOV 2 3 2005



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN JOHNSON and ROBERT CHARLES BURDEN §
§
Plaintiffs, §
§
v. §   CIVIL ACTION NO.:   04-3201
§
BIG LOTS STORES, INC. §
§
Defendant §
§   SECTION:   "R" (1)

## CONSENT TO BECOME A PARTY PLAINTIFF

I, the undersigned, a current or former assistant store manager and/or assistant manager employed by Big Lots hereby consent to be a party plaintiff in the above-captioned lawsuit, which is an action to recover unpaid overtime compensation.  By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, attorney's fees and costs and all other matters pertaining to this lawsuit.

Please print or type the following information:

**12, 05, 2005**
Date

Sign here → *Hazel Ranee' Kirkland*      HAZEL RANEE' KIRKLAND
Signature                                            Full Name

*1128 N. BROADWAY ST. APT 615-B*       ASHFORD  AL.  36312
Address                                              City/State/Zip

*(334) 899-6096*
Telephone Number                              Email Address

$ **685.00   2 WEEKS**                          Dates of Employment:
Approximate Monthly Salary   NET

                                                          From: 05, 24, 2004

                                                          To:  10, 18, 2005

## RETURN THIS FORM  BY MAIL OR FAX TO:

Johnson v. Big Lots Administrator
c/o Rust Consulting, Inc.
P.O. Box 1279
Minneapolis, MN 55440-1279

Facsimile:  (507) 333-4330



**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

JOHNSONOPTIN 00001078

| | | |
|---|---|---|
| JOHN JOHNSON and ROBERT CHARLES BURDEN | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.: 04-3201 |
| | § | |
| BIG LOTS STORES, INC. | § | |
| | § | |
| Defendant | § | SECTION:   "R" (1) |

### CONSENT TO BECOME A PARTY PLAINTIFF

I, the undersigned, a current or former assistant store manager and/or assistant manager employed by Big Lots hereby consent to be a party plaintiff in the above-captioned lawsuit, which is an action to recover unpaid overtime compensation.  By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, attorney's fees and costs and all other matters pertaining to this lawsuit.

**Please print or type the following information:**

11 / 14 / 2005
**Date**

Sign here ➜ *Cindy C Blackwell*
**Signature**

*Lindy C. Blackwell*
**Full Name**

1700 Dorchester
**Address**

Arlington, TX 76014
**City/State/Zip**

(682) 556-9985
**Telephone Number**

BLacLin3 Cael.Com
**Email Address**

$ 2000.00
**Approximate Monthly Salary**

**Dates of Employment:**

From: 02 / 01 / 2001

To: 07 / 00 / 2001

**RETURN THIS FORM  BY MAIL OR FAX TO:**

Johnson v. Big Lots Administrator
c/o Rust Consulting, Inc.
P.O. Box 1279
Minneapolis, MN 55440-1279

Facsimile:  (507) 333-4330

Page 3

W J H energy, Inc.          903-526-0730      12/08/05 06:57P  P.001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



JOHNSONOPTIN  00001076

JOHN JOHNSON and ROBERT CHARLES BURDEN       §
§
Plaintiffs,       §
§
v.       §    CIVIL ACTION NO.: 04-3201
§
BIG LOTS STORES, INC.       §
§
Defendant       §    SECTION:  "R" (1)
§

### CONSENT TO BECOME A PARTY PLAINTIFF

I, the undersigned, a current or former assistant store manager and/or assistant manager employed by Big Lots hereby consent to be a party plaintiff in the above-captioned lawsuit, which is an action to recover unpaid overtime compensation. By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, attorney's fees and costs and all other matters pertaining to this lawsuit.

Please print or type the following information:

11, 12, 2005
**Date**

Sign here ➜ _LaTina Williams_
**Signature**

4604 Everett Dr.
**Address**

(903) 526-0016
**Telephone Number**

$ 1600.00
**Approximate Monthly Salary**

LaGina Yvette Williams Allen
**Full Name**

TYLER TX 75706
**City/State/Zip**

_____
**Email Address**

Dates of Employment:

From: 09, 15, 1995

To: 10, ___, 2003

### RETURN THIS FORM BY MAIL OR FAX TO:

Johnson v. Big Lots Administrator
c/o Rust Consulting, Inc.
P.O. Box 1279
Minneapolis, MN 55440-1279

Facsimile: (507) 333-4330

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

James O. Alford, III

## DEFENDANTS

Big Lots Stores, Inc.

## 05-6627

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF *FLA*
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Philip Bohrer  Bohrer Law Firm LLC
8712 Jefferson Hwy Ste B
BR La 70809  225-
925-5297

ATTORNEYS (IF KNOWN)
Dominic **SECT. T MAG. 3**
P.O. Box 8288
Metairie, LA 7011
504-836-650°

## II. BASIS OF JURISDICTION (PLACE AN × IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN × IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Unpaid overtime, liquidated damages
Attorney Fees pursuant to The FSLA
29 USC 201 et seq

## V. NATURE OF SUIT (PLACE AN × IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☒ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Other | | | |

## VI. ORIGIN (PLACE AN × IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND $**

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

Johnson, et al v. Big Lots Stores, Inc.

JUDGE Vance

DOCKET NUMBER 04-3201 (CR)

DATE 12/15/05

SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT