UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JOHN JOHNSON, ET AL.**                                        CIVIL ACTION

**VERSUS**                                                       NO. 04-3201
                                                                 C/W 05-6627
**BIG LOTS STORES, INC.**
                                                                 SECTION "R" (3)

## JUDGMENT

Considering the Court's order and reasons on file herein,

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is hereby entered against defendant Big Lots Stores, Inc. and in favor of plaintiff John Johnson in the amount of $63,587.60 plus attorneys' fees and costs.

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is hereby entered against defendant Big Lots Stores, Inc. and in favor of plaintiff Robert Charles Burden in the amount of $63,847.40 plus attorneys' fees and costs.

New Orleans, Louisiana, this ___6th___ day of April, 2009.

_Sarah Vance_
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**