FILED 09 MAY 05 14:47 USDC-LAE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN JOHNSON and<br>ROBERT CHARLES BURDEN | * * * | CIVIL ACTION NO.: 04-3201 c/w 05-6627 |
| VERSUS | * * | JUDGE: SARAH S. VANCE |
| BIG LOTS STORES, INC. | * * | MAGISTRATE: SALLY SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **NOTICE OF APPEAL**

Notice is hereby given that, pursuant to Federal Rules of Appellate Procedure Rule 3(a) and 4(a)(1)(A), Defendant Big Lots Stores, Inc. appeals to the United States Court of Appeals for the Fifth Circuit from this Court's Judgment of April 6, 2009 (Doc. No. 501, No. 29) in favor of John Johnson and Robert Charles Burden and against Big Lots Stores, Inc.

Respectfully submitted,

Judy Y. Barrasso, 2814
Stephen H. Kupperman, 7890
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, LLC
909 Poydras Street, 24th Floor
New Orleans, LA 70112
Telephone: (504) 589-9700

Fee 455
Process ✓
Dktd X
CtRmDep ✓
Doc. No. ___

        James E. Davidson, 0024534
        John J. Krimm, Jr., 0038915
        John P. Gilligan, 0024542
        Paul L. Bittner, 0061674
        SCHOTTENSTEIN ZOX & DUNN CO., LPA
        250 West Street
        Columbus, Ohio 43215
        Telephone: (614) 462-2700

        *Attorneys for Big Lots Stores, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2009, a copy of the Notice of Appeal was served upon Philip Bohrer and Michael Josephson vie e-mail and U.S. Mail.

*[signature]*